IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD BRIAN GRAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | 5:18-cv-4578 |
| v. | : | |
| | : | |
| CITY OF LANCASTER, ET AL., | : | |
| Defendants. | : | |

## NOTICE OF INITIAL PRETRIAL CONFERENCE

Please be advised that an initial pretrial conference has been scheduled before Judge Edward G. Smith in the above-captioned case. The conference will be held at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042 on **Thursday, January 24, 2019,** at **1:30 p.m.**

A copy of the Policies and Procedures for Judge Smith is available on the court's website at https://www.paed.uscourts.gov. Prior to the initial pretrial conference, the parties should confer and prepare a joint report pursuant to Federal Rule of Civil Procedure 26(f). This joint report should be e-mailed to chambers no later than three days prior to the initial pretrial conference. The parties shall commence discovery **immediately.** Requests to reschedule this conference are strongly discouraged, and the conference will only be continued when compelling circumstances so require.

BY THE COURT:

By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov

Dated: January 2, 2019